McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>              v.<br><br>JUAN TORRES-BOBADILLA,<br><br>                          Defendant. | CASE NO.  2:19-CR-085 MCE<br><br>STIPULATION AND ORDER RE: HEARING<br><br>DATE: October 22, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Through this filing, the defendant states his intention to appear at the October 22, 2020 sentencing hearing via videoconference, consistent with General Orders 618 and 620, rather than waive his appearance under Federal Rule of Criminal Procedure 43.

The parties stipulate and agree that the sentencing may proceed with the defendant appearing by VTC.  The parties request that the Court enter an order making the specific findings articulated below:

1) The sentencing hearing in this case cannot be further delayed without serious harm to the interest of justice, given the public health restrictions on physical contact and court closures existing in the Eastern District of California and the defendant's request to proceed to sentencing as soon as practicable; and

2) The defendant waives his physical presence at the hearing and consents to remote hearing by videoconference and counsel joins in that waiver.

Stipulation and Order re: Hearing                           1

|   |   |   |
|---|---|---|
| Dated:  October 21, 2020 |   | McGREGOR W. SCOTT<br>United States Attorney |
|   | By: | /s/ JASON HITT<br>JASON HITT<br>Assistant United States Attorney |
| Dated:  October 21, 2020 |   | /s/ Douglas Beevers<br>Douglas Beevers<br>Counsel for Defendant<br>JUAN TORRES-BOBADILLA |

**FINDINGS AND ORDER**

1. The Court adopts the findings above.

2. Further, the Court specifically finds that:

   a) The sentencing hearing in this case cannot be further delayed without serious harm to the interest of justice; and

   b) The defendant has waived his physical presence at the hearing and consents to remote hearing by videoconference.

3. Therefore, based on the findings above, and under the Court's authority under General Orders 618 and 620, the status hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.

Dated:  October 21, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE